IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

STEPHEN ROSE, ET AL

v.                            NO. 4:08CV04110 SWW

UNION DRILLING, INC.

**ORDER OF DISMISSAL**

Pursuant to the joint stipulation of dismissal with prejudice filed by the parties,

IT IS THEREFORE ORDERED that this cause of action is hereby dismissed with prejudice.

DATED this 27TH day of May 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE